# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10, Control Board Trust Fund, | Civil No. 08-4752 (RHK/JJK) |
| Plaintiff, | **NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| vs. | |
| Genz-Ryan Plumbing and Heating Co., | |
| Defendant. | |

---

The above matter is deemed ready for trial before the undersigned as of September 1, 2009, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>August 14, 2009</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>August 21, 2009</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By August 25, 2009:  Responses to the Written Objections.

Dated:  June 24, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge