# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Trustees of the Sheet Metal #10 Benefit Fund, et al.,

        Plaintiffs,                  Civil 08-4752 (RHK/JJK)

vs.                            **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Genz-Ryan Plumbing and Heating Co.,

        Defendant.

 

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 18, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge